# UNITED STATES BANKRUPTCY COURT

In Re: _____LOGAN, SHARON_____      Case No. __12-23398__
                **Debtor**                          (if known)

                                        Chapter _____7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 306.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 153.00         Check one    ☒ With the filing of the petition, or
                                 ☐ On or before

   $ 153.00         on or before   06/22/2012

   $ _____        on or before  _____

   $ _____        on or before  _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 08 2012
KENNETH S. GARDNER, CLERK
PS REP. - LW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _Sharon Logan_  _5/27/12_
**Signature of Attorney**   Date    **Signature of Debtor**   Date

_____        _____
**Name of Attorney**                **Signature of Joint Debtor**   Date

# UNITED STATES BANKRUPTCY COURT

In Re: _____LOGAN, SHARON_____     Case No. __12-23398__
         **Debtor**                                         (if known)

                                              Chapter ____7____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

| $ _____ | Check one | ☐ With the filing of the petition, or |
|              |           | ☐ On or before |

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Date: JUN 08 2012

_____
*United States Bankruptcy Judge*